# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES OROSZ,**
       **Plaintiff,**

    **v.**                                     **Case No. 12-CV-00396**

**EAGLE ATLANTIC FINANCIAL SERVICES, INC.,**
       **Defendant.**

## ORDER

On April 30, 2012, plaintiff, James A. Orosz, filed a complaint alleging that defendant, Eagle Atlantic Financial Service Inc, sent a debt collection letter which violated the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, et seq, and the Wisconsin Consumer Act (WCA), Wis. Stat. § 421 et seq. The plaintiff alleges that the debt collection letter's demand for payment was in violation of 15 U.S.C. § 1692e and 1692f. (Compl. Ex. D.)

On October 15, 2012, the plaintiff filed a motion for default judgment and a motion for attorney's fees. The plaintiff filed an affidavit demonstrating that service was properly provided to the defendant, (Mot. for Default J. Ex. B), however, the defendant has failed to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a). The plaintiff's complaint seeks statutory damages in the amount of $1,000, plus reasonable attorney's fees and court costs in the amount of $1,711, pursuant to 15 U.S.C. § 1692k(a). Due to the defendant's failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a), the court will grant the plaintiff's motion for default judgment and motion for attorney's fees.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for default judgment [DOCKET #7] is **GRANTED**; the clerk of the court shall enter judgment in favor of the plaintiff in the amount of $1,000.

**IT IS FURTHER ORDERED** that plaintiff's motion for attorney's fees and costs [DOCKET #10] is **GRANTED**; the defendant shall pay plaintiff's attorney's fees and costs in the amount of $1,711.

The clerk of the court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of October 2012.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge